1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DALE A. PIERCE,                          1:11-cv-00943-JLT (HC)

12          Petitioner,                       ORDER TRANSFERRING CASE TO THE
                                              SACRAMENTO DIVISION OF THE
13   vs.                                      UNITED STATES DISTRICT COURT,
                                              EASTERN DISTRICT OF CALIFORNIA
14   ON HABEAS CORPUS

15          Respondent.

16   _____/

17          Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to

18   28 U.S.C. § 2254, together with a request to proceed in forma pauperis pursuant to 28 U.S.C.

19   § 1915.

20          The petitioner is challenging a conviction from Shasta County, which is part of the

21   Sacramento Division of the United States District Court for the Eastern District of California.

22   Therefore, the petition should have been filed in the Sacramento Division.

23          Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

24   court may, on the court's own motion, be transferred to the proper court.  Therefore, this action

25   will be transferred to the Sacramento Division.   This court will not rule on petitioner's request to

26   proceed in forma pauperis.

                                           −1−

Good cause appearing, IT IS HEREBY ORDERED that:

1.  This court has not ruled on petitioner's request to proceed in forma pauperis.

2.  This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and

3.  All future filings shall reference the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

IT IS SO ORDERED.

Dated:  **June 16, 2011**                                        **/s/ Jennifer L. Thurston**
                                                                                    UNITED STATES MAGISTRATE JUDGE